Order issued October 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-01375-CV

## IN THE INTEREST OF C.H.C. AND S.M.C., CHILDREN

## ORDER

Appellee asserts in his brief that the trial court has appointed a parenting facilitator. Accordingly, we **ORDER** the Collin County District Clerk to file a supplemental transcript by October 26, 2012 containing either any order or orders appointing a parenting facilitator or a verified statement by the clerk that there is no order appointing a parenting facilitator in this case.

JIM MOSELEY
PRESIDING JUSTICE